UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.  5:11-cr-202-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | ORDER TO UNSEAL CASE |
| v. | ) | |
| | ) | |
| MARGARET ELAINE MEDINA | ) | |

Upon motion of the United States of America, and for good cause shown, the above-captioned matter is hereby ORDERED to be unsealed by the Clerk of the United States Court for the Eastern District of North Carolina.

This ㅗ 24 day of  January, 2012

TERRENCE W. BOYLE
United States District Judge